**CAROL RENÉ BROPHY (SBN 155767)**
**CIARÁN O'SULLIVAN (SBN 198970)**
**NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP**
50 CALIFORNIA STREET, 34TH FLOOR
SAN FRANCISCO, CALIFORNIA  94111-4799
Telephone:  415/ 398-3600
Facsimile:  415/ 398-2438
cbrophy@nossaman.com

Attorney for Defendants
LA BAER INN, EDWARDS 1991 REVOCABLE TRUST;

CARRIAGE HOUSE INN, EDWARD M. SILVERA dba
CARRIAGE HOUSE INN, and SILVERA 2001 TRUST;

DRIFTWOOD LODGE AND CAFÉ, CHUCK EDWARDS dba
DRIFTWOOD LODGE, EDWARDS TRUST;

THUNDERBIRD MOTEL,
MICHAEL BLANK dba THUNDERBIRD MOTEL; and

TRAVEL INN, AMTHABHI PATEL and
SUMITRA PATEL dba TRAVEL INN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDI MILLARD,<br><br>    Plaintiff,<br><br>    vs.<br><br>LA BAER INN, EDWARDS 1991 REVOCABLE TRUST,<br><br>    Defendants. | Case No. CIV-S03-1467 WBS/GGH<br><br>RELATED CASE NOS.<br>CIV-S03-1468 WBS/GGH<br>CIV-S03-1480 WBS/GGH<br>CIV-S03-1481 WBS/GGH<br>CIV-S03-1482 WBS/GGH |
| ANDI MILLARD,<br><br>    Plaintiff,<br><br>    vs.<br><br>CARRIAGE HOUSE INN; EDWARD M. SILVERA dba CARRIAGE HOUSE INN, SILVERA 2001 TRUST,<br><br>    Defendants. | **SUBSTITUTION OF ATTORNEYS** |

Tahoe ADA_ substitution of attorneys (2).DOC

**SUBSTITUTION OF ATTORNEYS**

|   |   |
|---|---|
| ANDI MILLARD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| DRIFTWOOD LODGE AND CAFE; CUCHK EDWARDS dba DRIFTWOOD LODGE; and DOES 1 through 35, inclusive, | ) ) ) ) |
| Defendants. | ) ) |
| ANDI MILLARD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| TRAVEL INN; AMTHABHI PATEL and SUMITRA PATEL dba TRAVEL INN; and DOES 1 through 35, inclusive, | ) ) ) ) |
| Defendants. | ) ) |
| ANDI MILLARD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| THUNDERBIRD MOTEL; MICHAEL BLANK dba THUNDERBIRD MOTEL; and DOES 1 through 35, inclusive, | ) ) ) ) |
| Defendants. | ) ) |

Tahoe ADA_ substitution of attorneys (2).DOC

**SUBSTITUTION OF ATTORNEYS**

TO:     THE COURT AND ALL PARTIES:

Defendants LA BAER INN, EDWARDS 1991 REVOCABLE TRUST; CARRIAGE HOUSE INN, EDWARD M. SILVERA dba CARRIAGE HOUSE INN, and SILVERA 2001 TRUST; DRIFTWOOD LODGE AND CAFÉ, CHUCK EDWARDS dba DRIFTWOOD LODGE, EDWARDS TRUST; THUNDERBIRD MOTEL, MICHAEL BLANK dba THUNDERBIRD MOTEL; and TRAVEL INN, AMTHABHI PATEL and SUMITRA PATEL dba TRAVEL INN hereby consents to the following substitutes of counsel:  Richard S. Edwards, *pro se,* owner, jointly and collectively for LA BAER INN and DRIFTWOOD LODGE AND CAFÉ; Edward Michael Silvera, *pro se,* owner and Trustee of the Silvera 2001 Family Trust, jointly and collectively for CARRIAGE HOUSE INN; Michael Allen Blank, *pro se,* owner, jointly and collectively for THUNDERBIRD MOTEL; and Sushil A. Patel, *pro se,* owner, jointly and collectively for TRAVEL INN, in place and instead of Carol René Brophy, Esq., of the law firm of Nossaman, Guthner, Knox & Elliott, LLP.

We consent to this substitution.

Dated: August 2, 2005            LA BAER INN
                                 4115 Laurel Avenue
                                 South Lake Tahoe, CA  96150
                                 (530) 541-7400


                                 By: _____
                                        RICHARD S. EDWARDS, *pro se*

We consent to this substitution.

Dated: August 2, 2005            DRIFTWOOD LODGE AND CAFÉ
                                 4115 Laurel Avenue
                                 South Lake Tahoe, CA  96150
                                 (530) 541-7400


                                 By: _____
                                        RICHARD S. EDWARDS, *pro se*

Tahoe ADA_ substitution of attorneys (2).DOC            1
**SUBSTITUTION OF ATTORNEYS**

We consent to this substitution.

Dated: August 2, 2005          CARRIAGE HOUSE INN
                               4135 Laurel Avenue
                               South Lake Tahoe, CA  96150
                               (775) 782-3339


                               By: _____
                                      EDWARD MICHAEL SILVERA, *pro se*

We consent to this substitution.

Dated: August 2, 2005          THUNDERBIRD MOTEL
                               4123 Laurel Avenue
                               South Lake Tahoe, CA  96150
                               (800) 350-5741


                               By: _____
                                      MICHAEL ALLEN BLANK, *pro se*

We consent to this substitution.

Dated: August 2, 2005          TRAVEL INN
                               964 Stateline Avenue
                               South Lake Tahoe, CA  96150
                               (775) 588-1419


                               By: _____
                                      SUSHIL A. PATEL, *pro se*

We consent to this substitution.

Dated:  August 2, 2005         NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
                               50 California Street, 34th Floor
                               San Francisco, CA  94111
                               (415) 398-3600


                               By:_____
                                      Carol René Brophy

Tahoe ADA_ substitution of attorneys (2).DOC          2

**SUBSTITUTION OF ATTORNEYS**

ORDER DENYING SUBSTITUTION

The request to substitute Richard S. Edwards, Edward Michael Silvera, Michael Allen Blank, and Sushil A. Patel, "pro se," in place and instead of Carol Rene Brophy, Esq. of the law firm of Nossaman, Guthner, Knox & Elliott, LLP, as counsel for defendants in this action is DENIED. See Rowland v. Cal. Men's Colony, 506 U.S. 194, 202 (1993) (holding that artificial entities may only be represented by licensed counsel).

Dated: August 5, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Tahoe ADA_ substitution of attorneys (2).DOC     3
**SUBSTITUTION OF ATTORNEYS**