| | |
|---|---|
| 1 | EMARD, DANOFF, PORT & TAMULSKI, LLP |
|   | James J. Tamulski (State Bar #64880) |
| 2 | 49 Stevenson Street, Suite 400 |
|   | San Francisco, CA  94105 |
| 3 | Telephone:   (415) 227-9455 |
|   | Facsimile:    (415) 227-4255 |
| 4 | E-Mail:        jtamulski@edptlaw.com |

Attorneys for Defendants
LA BAER INN, EDWARDS 1991 REVOCABLE TRUST;

CARRIAGE HOUSE INN, EDWARD M. SILVERA dba CARRIAGE HOUSE INN, and SILVERA 2001 TRUST;

DRIFTWOOD LODGE AND CAFÉ, CHUCK EDWARDS dba DRIFTWOOD LODGE, EDWARDS TRUST;

THUNDERBIRD MOTEL, MICHAEL BLANK dba THUNDERBIRD MOTEL; and

TRAVEL INN, AMTHABHI PATEL and SUMITRA PATEL dba TRAVEL INN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANDI MILLARD, | No.:   CIV-S03-1467 WBS/GGH |
| Plaintiff, | RELATED CASE NOS. |
| vs. | **CIV-S03-1468 WBS/GGH** |
|  | CIV-S03-1480 WBS/GGH |
| LA BAER INN, EDWARDS 1991 REVOCABLE TRUST, | CIV-S03-1481 WBS/GGH |
|  | CIV-S03-1482 WBS/GGH |
| Defendants. | **SUBSTITUTION OF ATTORNEYS** |
| ANDI MILLARD, | |
| Plaintiff, | |
| vs. | |
| CARRIAGE HOUSE INN; EDWARD M. SILVERA dba CARRIAGE HOUSE INN, SILVERA 2001 TRUST, | |
| Defendants. | |

- 1 -

SUBSTITUTION OF ATTORNEYS
Case No. CIV-S03-1467 WBS/GGH
G:\DOCS\SHU\DSHU2\inBOX\Signed\Substitution.doc

| | |
|---|---|
| 1 | ANDI MILLARD, |
| 2 | Plaintiff, |
| 3 | vs. |
| 4 | DRIFTWOOD LODGE AND CAFÉ, CHUCK EDWARDS dba |
| 5 | DRIFTWOOD LODGE; and DOES 1 through 35, inclusive, |
| 6 | Defendants. |
| 7 | ANDI MILLARD, |
| 8 | Plaintiff, |
| 9 | vs. |
| 10 | TRAVEL INN, AMTHABHI PATEL and SUMITRA PATEL dba TRAVEL INN; |
| 11 | and DOES 1 through 35, inclusive, |
| 12 | Defendants. |
| 13 | ANDI MILLARD, |
| 14 | Plaintiff, |
| 15 | vs. |
| 16 | THUNDERBIRD MOTEL, MICHAEL BLANK dba |
| 17 | THUNDERBIRD MOTEL; and DOES 1 through 35, inclusive, |
| 18 | Defendants. |

TO:   THE COURT AND ALL PARTIES:

Defendants LA BAER INN, EDWARDS 1991 REVOCABLE TRUST; CARRIAGE HOUSE INN, EDWARD M. SILVERA dba CARRIAGE HOUSE INN, and SILVERA 2001 TRUST; DRIFTWOOD LODGE AND CAFÉ, CHUCK EDWARDS dba DRIFTWOOD LODGE, EDWARDS TRUST; THUNDERBIRD MOTEL, MICHAEL BLANK dba THUNDERBIRD MOTEL; and TRAVEL INN, AMTHABHI PATEL and SUMITRA PATEL dba TRAVEL INN hereby substitute Emard, Danoff, Port & Tamulski, LLP, 49 Stevenson Street, Suite 400, San Francisco, CA 94105, (415) 227-9455, in place and instead

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

SUBSTITUTION OF ATTORNEYS
Case No. CIV-S03-1467 WBS/GGH
G:\DOCS\SHU\DSHU2\inBOX\Signed\Substitution.doc

of Carol René Brophy, Esq., of the law firm of Nossaman, Guthner, Knox & Elliott, LLP, 50 California Street, 34th Floor, San Francisco, CA  94111, (415) 398-3600.

We consent to the substitution.

DATED:  August ___, 2005       EMARD, DANOFF, PORT & TAMULSKI LLP
49 Stevenson Street, Suite 400
San Francisco, CA  94105
(415) 227-9455


By_____
     James J. Tamulski

We consent to the substitution.

DATED:  August ___, 2005       LA BAER INN


By_____
     Richard S. Edwards

We consent to the substitution.

DATED:  August ___, 2005       CARRIAGE HOUSE INN


By_____
     Edward Michael Silvera

We consent to the substitution.

DATED:  August ___, 2005       DRIFTWOOD LODGE AND CAFÉ


By_____
     Richard S. Edwards

We consent to the substitution.

DATED:  August ___, 2005       THUNDERBIRD MOTEL


By_____
     Michael Blank

**EMARD, DANOFF, PORT & TAMULSKI, LLP**
49 Stevenson Street
Suite 400
San Francisco, CA  94105

SUBSTITUTION OF ATTORNEYS
Case No. CIV-S03-1467 WBS/GGH
G:\DOCS\SHU\DSHU2\inBOX\Signed\Substitution.doc

1   We consent to the substitution.

2   DATED: August ___, 2005          TRAVEL INN

3

4                          By_____
                                Sushil A. Patel
5

6   We consent to the substitution.

7   Dated: August 16, 2005           NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

8                                    50 CALIFORNIA STREET, 34TH FLOOR
                                     SAN FRANCISCO, CA  94111
9                                    (415) 398-3600

10

11

12                         By:_____
                                Carol René Brophy
13

14

15  Good cause appearing,

16  IT IS SO ORDERED.

17

18  DATED: August 17, 2005

19                         _____
                           WILLIAM B. SHUBB
20                         UNITED STATES DISTRICT JUDGE

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 4 -

SUBSTITUTION OF ATTORNEYS
Case No. CIV-S03-1467 WBS/GGH
G:\DOCS\SHU\DSHU2\inBOX\Signed\Substitution.doc