EMARD, DANOFF, PORT & TAMULSKI, LLP
James J. Tamulski (State Bar #64880)
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Telephone:   (415) 227-9455
Facsimile:    (415) 227-4255
E-Mail:         jtamulski@edptlaw.com

Attorneys for Defendants

CARRIAGE HOUSE INN, EDWARD M. SILVERA dba
CARRIAGE HOUSE INN, and SILVERA 2001 TRUST;
DRIFTWOOD LODGE AND CAFÉ, CHUCK EDWARDS dba
DRIFTWOOD LODGE, EDWARDS TRUST;
THUNDERBIRD MOTEL, MICHAEL BLANK dba
THUNDERBIRD MOTEL; and
TRAVEL INN, AMTHABHI PATEL and
SUMITRA PATEL dba TRAVEL INN


LAW OFFICES OF PAUL L. REIN
Paul L. Rein, Esq. (State Bar #43053)
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:    (510) 832-5001
Facsimile:     (510) 832-4787

Attorneys for Plaintiff ANDI MILLARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANDI MILLARD,<br><br>          Plaintiff,<br><br>     vs.<br><br>CARRIAGE HOUSE INN; EDWARD M. SILVERA dba CARRIAGE HOUSE INN, SILVERA 2001 TRUST,<br><br>          Defendants. | No.:   CIV-S03-1468 WBS/GGH<br><br>RELATED CASE NOS.<br>CIV-S03-1467 WBS/GGH<br>CIV-S03-1480 WBS/GGH<br>CIV-S03-1481 WBS/GGH<br>CIV-S03-1482 WBS/GGH<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISSING ACTION WITH PREJUDICE**<br><br>**[Dismissal of Case No. CIV-S03-1468 WBS/GGH only]** |

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 1 -
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
Case No. CIV-S03-1468 WBS/GGH
G:\DOCS\SHU\DSHU2\inBOX\Signed\Stip and Order to Dismiss (Carriage House).doc

1  WHEREAS the Court has ordered that defendants CARRIAGE HOUSE INN; EDWARD
2  M. SILVERA dba CARRIAGE HOUSE INN, SILVERA 2001 TRUST ("Defendants") pay an
3  award of attorney fees, litigation expenses and costs to plaintiff Andi Millard ("Plaintiff");

4  WHEREAS the parties have reached a settlement regarding the Defendants' payment of
5  that award of fees, litigation expenses and costs, and have executed an agreement memorializing
6  the terms of that settlement;

7  WHEREAS Defendants have disbursed the award to Plaintiff's attorneys in accordance
8  with the agreement between the parties;

9  THE PARTIES HEREBY STIPULATE that the action *MILLARD V. CARRIAGE
10 HOUSE INN, et al.,* Case No. CIV-S03-1468 WBS/GGH, be dismissed with prejudice in its
11 entirety.

DATED: 9/29/05                LAW OFFICES OF PAUL L. REIN

                              By:     /s/ Paul L. Rein
                                      Paul L. Rein
                                      Attorneys for Plaintiff
                                      ANDI MILLARD

DATED: 10/6/05                EMARD, DANOFF, PORT & TAMULSKI, LLP

                              By:     /s/ Katharine Essick
                                      James J. Tamulski
                                      Katharine Essick
                                      Attorneys for Defendants
                                      LA BAER INN, EDWARDS 1991
                                      REVOCABLE TRUST; CARRIAGE
                                      HOUSE INN, EDWARD M. SILVERA dba
                                      CARRIAGE HOUSE INN, and SILVERA
                                      2001 TRUST; DRIFTWOOD LODGE AND
                                      CAFÉ, CHUCK EDWARDS dba
                                      DRIFTWOOD LODGE, EDWARDS
                                      TRUST; THUNDERBIRD MOTEL,
                                      MICHAEL BLANK dba THUNDERBIRD
                                      MOTEL; and TRAVEL INN, AMTHABHI
                                      PATEL and SUMITRA PATEL dba
                                      TRAVEL INN

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 2 -
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
Case No. CIV-S03-1468 WBS/GGH
G:\DOCS\SHU\DSHU2\inBOX\Signed\Stip and Order to Dismiss (Carriage House).doc

**CERTIFICATION OF SIGNATURES**

I attest that the content of this document is acceptable to all persons above, who were required to sign it.

        /s/ Katharine Essick
Katharine Essick

ORDER

The action *MILLARD v. CARRIAGE HOUSE INN, ET AL.*, Case No. CIV-S03-1468 WBS/GGH, is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Date:  October 7, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 3 -

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
Case No. CIV-S03-1468 WBS/GGH
G:\DOCS\SHU\DSHU2\inBOX\Signed\Stip and Order to Dismiss (Carriage House).doc